McGREGOR W. SCOTT
United States Attorney
ANNE E. PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2785

FILED

MAR 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIRON BALYASNY, ) <br>  aka Myron Balyasny, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. No. 08cr 0144 GGH <br><br> VIOLATION: 18 U.S.C. § 1003 - <br> False Claim Against <br> Stocks of United States |

# I N F O R M A T I O N

The United States Attorney charges: T H A T

MIRON BALYASNY,
aka Myron Balyasny,

defendant herein, beginning on or about June 1, 2004, through on or about July 26, 2004, in the Eastern District of California, in the County and City of Sacramento, knowingly and fraudulently endeavored to obtain a sum, or to have a debt due to him, from the public stocks or treasury of the United States, by means of a false instrument, and the sum he attempted to obtain did not exceed $1,000, all a misdemeanor in violation of Title 18, United States Code, Section 1003.

McGREGOR W. SCOTT
United States Attorney

By: _____
ANNE PINGS
Assistant U.S. Attorney

**PENALTY SLIP**
**MIRON BALAYSNY**

**VIOLATION:** 18 U.S.C. § 1003 - False Claims Against the Stocks of the United States

**PENALTY:** 1 Year Imprisonment
$100,000 fine both,
1 Year TSR