KYLE R. KNAPP, State Bar #166597
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-4717
FAX:(916) 441-4299
kyleknapp@sbcglobal.net

Attorney for Defendant
MIRON BALYASNY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Miron Balyasny,

    Defendant.

Case No. 2:08CR-00144

[Proposed] ORDER TO ALLOW TRAVEL TO ITALY & ISRAEL

Date: February 10, 2010
Time: 10:00 a.m.
Judge: Hon. Edmund Brennan, United States Magistrate Judge

ORDER

IT IS HEREBY ORDERED, that Mr. Balyasny is authorized to travel first to Italy on February 12, 2010, then to Israel on February 17, 2010, with a return to the United States on February 24, 2010. This is an exception to the notice requirements for travel and not the basis for further orders allowing travel absent compliance with the probation department's notice requirements.

Dated: February 11, 2010

EDMUND BRENNAN
United States Magistrate Judge