IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00144-EFB |
| Plaintiff, | ) | ORDER MODIFYING PROBATION |
| v. | ) | |
| MIRON BALYASNY, | ) | |
| Defendant. | ) | |

    This case came before the Court on August 23, 2011, for a hearing on the defendant's Motion to Terminate Probation (Doc. 24). Upon consideration of the motions submitted by the parties, the representations of counsel at the hearings held on August 8, 2011 and August 23, 2011, and the factors listed in 18 U.S.C. § 3553(a), Court hereby ORDERS that the terms of the defendant's probation imposed on September 2, 2008 (Doc. 16) shall be modified as follows: the "Special Conditions of Supervision" shall be appended to add a seventh condition that reads:

////

////

1

1  the defendant may travel without the prior approval of this
2  Court provided that he submit, 2 days prior to departing
3  from his residence to an out of district location, or
4  departing from that out of district location to another, the
5  "travel request form" (provided by the Probation Officer)
6  containing truthful information as to his purpose for
7  travel, his destination, his mode of transportation, the
8  location of his lodging and a contact number at his place of
9  lodging, as well as the documents setting forth his flight
10 (or other mode of transportation, e.g., train or boat)
11 itinerary and confirmation of lodging provided to him by the
12 parties providing the transportation and lodging.  The
13 defendant may transmit the travel request form and
14 supporting documents to the probation officer by e-mail.
15 Failure to provide such notification or the providing of
16 false information shall be a violation of probation.

18 IT IS SO ORDERED.
19 Dated:  August 24, 2011.            /s/ Edmund F. Brennan
                                      EDMUND F. BRENNAN
20                                    UNITED STATES MAGISTRATE JUDGE